**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALLEY THEATRE** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| | § | |
| **HANOVER INSURANCE CO.** | § | |
| *Defendant.* | § | **[JURY DEMANDED]** |

**DEFENDANT, HANOVER INSURANCE CO.'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant, THE HANOVER INSURANCE COMPANY (herein "Defendant" or "Hanover"), and files this, its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

**I. PROCEDURAL HISTORY**

1.      On May 3, 2019, Plaintiff, Alley Theatre ("Plaintiff") filed its Original Petition and initiated an action against Defendant, Hanover, in the 61st Judicial District Court of Harris County, Texas, in Cause No. 2019-31244 (the "State Court Action").  *See* Exhibit "A" attached.

2.      Hanover waived service of process and accepted service on May 20, 2019.  See Exhibit "B".  However, Hanover was also served with a copy of the Citation and Plaintiff's Original Petition by service on the Texas Secretary of State on May 9, 2019.  See Exhibit "C."

3.      Hanover filed an answer in the State Court Action on May 31, 2019.  *See* Exhibit "D" attached hereto and incorporated herein by reference.

4.      Defendant's Notice of Removal was filed on June 3, 2019, which is within the thirty-day statutory time period for removal under 28 U.S.C. § 1446(b).

## II.    FACTUAL BACKGROUND

5.      Hanover provided a commercial lines insurance policy to Plaintiff under Policy No. RHD 7599912-13, effective August 31, 2016 to August 31, 2017 (the "Policy").

6.      This suit arises out of a claim for property damage caused by weather events on or about August 27, 2017.

7.      Defendant does not admit the underlying facts alleged by Plaintiff and expressly denies liability to Plaintiff.

## III.   DIVERSITY JURISDICTION

8.      Plaintiff is a non-profit corporation formed under the laws of the State of Texas and having its principal place of business in Harris County, Texas.

9.      Defendant, Hanover, is a Delaware corporation, duly authorized and existing under the laws of the State of Delaware, with its principal place of business in the Commonwealth of Massachusetts.

10.     Removal is proper because there is complete diversity between the parties.

11.     Venue is proper in the Southern District of Texas, Houston Division, because the events made the subject of the suit is located within the Houston Division.

12.     The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings.  The damages the Plaintiff claims in its petition, if claimed in good faith, are controlling.  *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938).  Plaintiff has pled in its Petition at Paragraph No. 15 that it believes it is entitled to $5 million in lost business income and expenses and an additional $7 million in property damage to the structure, for which Defendant has denied there is coverage.  Thus, the total economic damages and attorneys' fees being sought exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV.    INFORMATION FOR THE CLERK

13.    Plaintiff:  Alley Theatre

14.    Defendant:  The Hanover Insurance Company

15.    The case is pending in the 61st Judicial District Court of Harris County:
Honorable Judge Fredericka Phillips
Harris County Courthouse
201 Caroline, 9th Floor
Houston, TX 77002
Phone: (713) 927-2625

16.    Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendant has attached copies of all

processes and pleadings served upon it in the state court action.  No further proceedings have been

had therein.  Pursuant to Local Rule 81, a copy of the trial court's docket sheet is attached as

Exhibit "E" and an Index of Matters Being Filed is attached.

17.    There are no other pleadings in state court.

18.    Counsel for Plaintiff:
Neal S. Manne
    State Bar No.:  12937980
James T. Southwick
    State Bar No.:  24001521
William R. H. Merrill
    State Bar No.:  24006064
Jonathan J. Ross
    State Bar No.:  00791575
Chanler A. Langham
    State Bar No.:  00791575
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX  770002
Phone: 713-651-9366
nmanne@susmangodfrey.com
Jsouthwick@susmangodfrey.com
bmerrill@susmangodfrey.com
jross@susmangodfrey.com
clangham@susmangodfrey.com

19.     Counsel for Defendant, Hanover:
        Peri H. Alkas
            State Bar No.: 00783536
        Mark C. Dodart
            State Bar No.:  00792286
        Chad W. Schreiber
            State Bar No.:  24085732
        PHELPS DUNBAR LLP
        500 Dallas, Suite 1300
        Houston, Texas  77002
        Phone: 713-626-1386
        E-Mail: peri.alkas@phelps.com
                Mark.dodart@phelps.com
                Chad.schreiber@phelps.com

### *Jury Demand*

20.     Plaintiff demanded a jury trial in state court.

21.     Defendant demanded a jury trial in state court and requests a trial by jury in federal court as well.

### *Miscellaneous*

22.     On the same day this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action.  A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "F."

23.     Because Plaintiff is a non-profit corporation doing business in Texas; Defendant is a business organized under laws of Delaware and having its principal place of business in Massachusetts; and the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency.  28 U.S.C. § 1332.  As such, this removal action is proper.

        WHEREFORE, Defendant, The Hanover Insurance Company, respectfully requests that the above-entitled action be removed from the 61st District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

- 4 -

PD.26231128.1

Respectfully submitted,

By:     _/s/ Peri H. Alkas_____
        Peri H. Alkas
        ATTORNEY-IN-CHARGE
        State Bar No. 00783536
        Federal Bar No. 15785
        PHELPS DUNBAR, LLP
        500 Dallas, Suite 1300
        Houston, Texas 77002
        Telephone (713) 626-1386
        Facsimile (713) 626-1388
        Email: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE HANOVER INSURANCE COMPANY**

**OF COUNSEL:**
Mark C. Dodart
TBN:  00792286
PHELPS DUNBAR, LLP
Mark.dodart@phelps.com
Chad W. Schreiber
TBN: 24085732
PHELPS DUNBAR, LLP
Chad.schreiber@phelps.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record pursuant to the Federal Rules of Civil Procedure on June 3, 2019.

| | |
|---|---|
| Neal S. Manne | VIA CM/RRR: 7016 1970 0001 1488 0731 |
| James T. Southwick | VIA ECF NOTIFICATION: |
| William R. H. Merrill | nmanne@susmangodfrey.com |
| Jonathan J. Ross | Jsouthwick@susmangodfrey.com |
| Chanler A. Langham | bmerrill@susmangodfrey.com |
| SUSMAN GODFREY L.L.P. | jross@susmangodfrey.com |
| 1000 Louisiana, Suite 5100 | clangham@susmangodfrey.com |
| Houston, TX  77002 | |

*/s/ Peri H. Alkas*

Peri H. Alkas/ Mark C. Dodart / Ashley M. Parker

PD.26231128.1