UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLEY THEATRE<br>    Plaintiff,<br><br>v.<br><br>HANOVER INSURANCE CO.<br>    Defendant. | §§§§§§§§§§§  CIVIL ACTION NO  4:19-CV-01987 |

PARTIES' AGREED MOTION FOR ENTRY OF
SECOND AMENDED DOCKET CONTROL ORDER

TO THE HONORABLE CHIEF JUDGE LEE H. ROSENTHAL:

COMES NOW, Plaintiff, ALLEY THEATRE, and Defendant, THE HANOVER INSURANCE COMPANY ("Hanover"), and respectfully files this their Agreed Motion for Entry of Second Amended Docket Control Order and would show the court as follows:

I.

On March 13, 2020, the Court entered an Amended Scheduling and Docket Control Order (Dkt. #30). The deadline set for mediation was May 1, 2020. Hanover's personnel familiar with this matter reside in New England states which have been hard hit by the COVID-19 pandemic. Hanover requested additional time to mediate this matter, to which Plaintiff agreed. However, because the expert designation deadlines, discovery deadline, and dispositive motion deadline were in temporal proximity to the mediation deadline, the Parties discussed extending these as well. The Parties have agreed to the proposed Second Amended Scheduling and Docket Control Order attached as **Exhibit "A."** The Oral Argument, Pre-Trial Conference, and Trial dates were kept the same. Further, the Parties agree that these adjustments to the schedule will not be used to move the trial-related deadlines, such as the Docket Call and Trial dates.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request entry of their proposed Second Amended Scheduling and Docket Control Order and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

**SUSMAN GODFREY L.L.P.**

By: \_/s/ \_Bill Merrill _____
Neal S. Manne,
ATTORNEY-IN-CHARGE
State Bar No.: 24001521
S.D. Adm. #10209
nmanne@susmangodfrey.com
James T. Southwick
 State Bar No.: 24001521
S.D. Adm. #21854
jsouthwick@susmangodfrey.com
William R.H. Merrill
State Bar No.: 24006064
S.D. Adm. #23601
bmerrill@susmangodfrey.com
Jonathan J. Ross
State Bar No.: 00791575
S.D. Adm. #18293
jross@susmangodfrey.com
Chanler A. Langham:
State Bar No.: 24053314
S.D. Adm. #659756
clangham@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**ATTORNEYS FOR PLAINTIFF**

**PHELPS DUNBAR, LLP**

By:    */s/ Peri H. Alkas*_____
Peri H. Alkas
ATTORNEY-IN-CHARGE
State Bar No. 00783536
Federal Bar No. 15785
PHELPS DUNBAR, LLP
500 Dallas, Suite 1300
Houston, Texas 77002
Telephone (713) 626-1386
Facsimile (713) 626-1388
Email: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**
Mark C. Dodart
TBN: 00792286
PHELPS DUNBAR, LLP
Mark.dodart@phelps.com
Chad W. Schreiber
TBN: 24085732
PHELPS DUNBAR, LLP
Chad.schreiber@phelps.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record via the Court's ECF Notification pursuant to the Federal Rules of Civil Procedure on April 14, 2020.

| | |
|---|---|
| Neal S. Manne | VIA ECF NOTIFICATION: |
| James T. Southwick | nmanne@susmangodfrey.com |
| William R. H. Merrill | Jsouthwick@susmangodfrey.com |
| Jonathan J. Ross | bmerrill@susmangodfrey.com |
| Chanler A. Langham | jross@susmangodfrey.com |
| SUSMAN GODFREY L.L.P. | clangham@susmangodfrey.com |
| 1000 Louisiana, Suite 5100 | |
| Houston, TX 77002 | |

                                                            */s/ Peri H. Alkas*
                                           Peri H. Alkas/ Mark C. Dodart / Chad W. Schreiber